**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | Case No: 17-44045-659  Chapter 13 |
| ) | |
| **MITCHELL JORDAN** ) | |
| ) | |
| ) | |
| Debtor ) | |
| ) | |

**TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM**

  **COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated April 24, 2018, to claim 12 filed on behalf of CAVALRY SPV I LLC.

Dated: May 02, 2018
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

**CERTIFICATE OF SERVICE**

  I certify that a true and correct copy of the foregoing document was filed electronically on May 02, 2018, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

  I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on May 02, 2018.

  MITCHELL JORDAN
  8331 DURYEA #F
  SAINT LOUIS, MO  63136

  CAVALRY SPV I LLC
  3936 E FORT LOWELL RD #200
  C/O BASS & ASSOCIATES
  TUCSON, AZ  85712

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee